**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

SAM AND COLBY ENTERPRISES LLC,

      PLAINTIFF,

V.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

      DEFENDANTS.

CASE NO.: 2:26-CV-00091

# EXHIBIT 1 | TRADEMARKS

SAM AND COLBY ENTERPRISES LLC,

**EXHIBIT 1**             **TRADEMARK REGISTRATIONS**



# XPLR

**Reg. No. 7,727,090**

**Registered Mar. 18, 2025**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Sam and Colby Enterprises LLC (KANSAS LIMITED LIABILITY COMPANY)
c/o Interstellar Advisory Group LLC
2719 Hollyridge Drive
Los Angeles, CALIFORNIA 90068

CLASS 25: T-shirts, sweatshirts, socks, and headwear

FIRST USE 5-5-2019; IN COMMERCE 5-5-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 98-151,118, FILED 08-25-2023





Acting Director of the United States Patent and Trademark Office

SAM AND COLBY ENTERPRISES LLC,

**EXHIBIT 1**  **TRADEMARK REGISTRATIONS**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,036,590**

**Registered Apr. 21, 2020**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Sam and Colby Enterprises LLC  (KANSAS LIMITED LIABILITY COMPANY)
C/o Interstellar Advisory Group Llc
2719 Hollyridge Drive
Los Angeles, CALIFORNIA 90068

CLASS 25: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, SWEATSHIRTS, SWEATPANTS, LEGGINGS, KNIT FACE MASKS, SOCKS, GLOVES; HEADWEAR; FOOTWEAR

FIRST USE 11-4-2017; IN COMMERCE 11-4-2017

The mark consists of the stylized letter "X".

SER. NO. 88-611,814, FILED 09-10-2019



Director of the United States
Patent and Trademark Office

