**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

SAM AND COLBY ENTERPRISES LLC,

    PLAINTIFF,

V.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

    DEFENDANTS.

CASE NO.: 2:26-CV-00091

JUDGE GRETCHEN S. LUND

MAGISTRATE JUDGE ABIZER ZANZI

### DECLARATION OF ALISON K. CARTER

I, Alison K. Carter, of the City of Chicago, in the State of Illinois, declare as follows:

1.    I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am over the age of twenty-one (21) years, of sound mind, and am counsel for Plaintiff, Sam and Colby Enterprises LLC ("SCE" or "Plaintiff"). I have been personally involved in supervising the investigation and gathering of evidence to support this action, as well as reviewing and drafting the pleadings filed in this matter. As a result, I have personal knowledge of the statements set forth in this declaration.

2.    The Court's order granting Plaintiff's Motion for Temporary Restraining Order (the "TRO") was entered on April 8, 2026. [19]. On April 8, 2026, Plaintiff received a physical copy of the TRO, which is currently under seal. On April 10, 2026, Plaintiff began serving the applicable third-party marketplaces and payment processors for the purpose of implementing the restraints ordered by the Court as they relate to Defendants' infringing sales, including having Defendants' associated financial accounts frozen.

3.    Since that time, Plaintiff has been in discussions with the applicable third parties who are working diligently to both freeze Defendants' associated accounts and shut down the

1

infringing listings, as ordered by the Court. As of the date of this declaration, however, those efforts have not been completed and additional time is needed to comply with the Court's TRO.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 16, 2026 at Chicago, Illinois.

*/s/ Alison K. Carter*
Alison K. Carter
*Counsel for Plaintiff*

2