UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

SAM AND COLBY ENTERPRISES LLC,

Plaintiff,

v.

THE PARTNERSHIPS IDENTIFIED ON
SCHEDULE A,

Defendant.

Case No. 2:26-CV-091-GSL-AZ

## PRELIMINARY INJUNCTION ORDER

THIS CAUSE being before the Court on Plaintiff, Sam and Colby Enterprises LLC's ("SCE" or "Plaintiff") Motion for a Preliminary Injunction against the defendants identified on Schedule A (collectively, the "Defendants") and using at least the online marketplace accounts identified therein (the "Defendant Internet Stores" or "Seller Aliases"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion in its entirety.

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Indiana, by selling and shipping products which use counterfeit versions of Plaintiff's federally registered trademarks ("Counterfeit Products") into this Judicial District. Plaintiff's trademarks ("XPLR Trademarks") were filed as Exhibit 1 to the Complaint and are shown in the table below:

| XPLR TRADEMARKS | | | |
|---|---|---|---|
| REG. NO. | MARK | CLASS(ES) OF GOODS & SERVICES | REG. DATE |
| 7727090 | **XPLR** | IC025: T-shirts, sweatshirts, socks, and headwear | Mar. 18, 2025 |
| 6036590 | | IC025: Clothing, namely, shirts, t-shirts, sweatshirts, sweatpants, leggings, knit face masks, socks, gloves; headwear; footwear | Apr. 21, 2020 |

1

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a Temporary Restraining Order establishes that Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, SCE has proved a *prima facie* case of trademark infringement as: (1) the XPLR Trademarks are distinctive marks registered with the U.S. Patent and Trademark Office on the Principal Register; (2) the XPLR trademarks are valid and in full force and effect; (3) Defendants are not licensed or authorized to use the XPLR Trademarks or sell unauthorized products that bear the XPLR Trademarks; and (4) Defendants' use of the XPLR Trademarks and the selling of Counterfeit Products likely creates confusion among consumers searching for authentic XPLR branded items ("XPLR Products"). Furthermore, Defendants' continued and unauthorized use of the XPLR Trademarks irreparably harms SCE through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage; and, therefore, SCE has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

Accordingly, this Court orders that:

1. Defendants, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

a. using Plaintiff's XPLR Trademarks and/or any reproductions, counterfeit copies or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine XPLR Product or is not authorized by Plaintiff to be sold in connection with Plaintiff's XPLR Trademarks

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine XPLR Product or any other product produced by Plaintiff, that is not Plaintiff's nor produced under the authorization, control or supervision of Plaintiff, nor approved by Plaintiff for sale using Plaintiff's XPLR Trademarks;

c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's XPLR Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof;

d. committing any acts calculated to cause consumers to believe that Defendants' products are sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and,

e. further infringing Plaintiff's XPLR Trademarks and damaging Plaintiff's goodwill.

2. Those in privity with Defendants and with actual notice of this Order, including any online marketplaces, including but not limited to: Alibaba Group Holding. Ltd. ("Alibaba"), AliExpress.com ("AliExpress"), Amazon, Inc. ("Amazon"), eBay, Inc. ("eBay"), SHEIN.com ("SHEIN"),WhaleCo, Inc. d/b/a Temu ("Temu"), Walmart, Inc. ("Walmart"), and ContextLogic d/b/a Wish.com ("Wish") (collectively referred to herein as the "Online Marketplaces"), social

3

media platforms, and Internet search engines, shall within seven (7) calendar days of receipt of this Order:

    a. Suspend and disable the product listings through which Defendants engage in the sale of Counterfeit Products using the XPLR Trademarks;

    b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of Counterfeit Products using the XPLR Trademarks; and,

    c. take all steps necessary to prevent links to the Defendants' product listings from displaying in search results, including, but not limited to, removing links to any search index.

3. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, including, without limitation, the Online Marketplaces; payment processors such as PayPal, Inc. ("PayPal"), Payoneer, Inc. ("Payoneer"), Stripe, Inc. ("Stripe"), and Alipay.com Co., Ltd. ("Alipay") (collectively, "Payment Processors"); social media platforms; web hosts; search engines; distributors, and shippers, (altogether, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a. the identities and locations of Defendants, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

4

b. the nature of Defendants' operations, including registration information for the Defendant Internet Stores, and identification of Defendants' other ecommerce stores and/or websites which infringe upon Plaintiff's intellectual property;

c. Defendants' product listing history and sales and transactional history related to their respective Defendant Internet Stores and Defendants' other ecommerce stores which infringe upon Plaintiff's intellectual property; and,

d. the financial accounts owned or controlled by Defendants, and any persons acting in concert or participation with them, associated with the Defendant Internet Stores, including a full accounting of the transaction history and a breakdown of the funds currently held therein.

4. Defendants and any persons and/or entities in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. The Online Marketplaces and all other e-commerce platforms in privity with Defendants, and their respective related companies and affiliates, shall within seven (7) calendar days of receipt of this Order:

a. identify and restrain all funds in the financial accounts associated with the Defendant Internet Stores;

b. provide Plaintiff's counsel with all data which details (i) the identification of the financial account(s) which the restrained funds are related to; (ii) an accounting of the total funds restrained, and (iii) the account transactions related to all funds transmitted into the financial account(s) which have been restrained; and,

c. prevent the transfer or surrender of any and all funds restrained by this Order for any purpose without the express authorization of this Court.

6. The Payment Processors, or other financial institutions, for any Defendant or any of Defendants' online marketplace accounts or websites, shall within seven (7) calendar days of receipt of this Order:

a. locate all accounts and funds connected to Defendants and Defendants' online marketplace accounts or Defendants' websites, including, but not limited to, the Defendant Internet Stores and the email addresses associated with Defendants that are identified by either Defendants or third parties;

b. provide Plaintiff's counsel with data related to (i) the identification of the financial account(s) which the restrained funds are related to; (ii) an accounting of the total funds restrained; and (iii) the contact and registration information related thereto; and,

c. restrain and enjoin such accounts from receiving, transferring, or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website, and by sending an email to any email addresses provided for Defendants by Defendnats or any third-parties that includes a link to said website as well as an attachment that contains copies of said relevant documents.. The Clerk of Court is directed to issue a single original summons in the name of "The Partnerships identified on Schedule A" that shall apply to all Defendants. The combination of providing notice via electronic publication and email, along with any notice that Defendants receive from the Online Marketplaces and Payment Processors shall constitute notice

6

reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford it the opportunity to present their objections.

8. The Clerk of Court is directed to unseal all previously sealed documents in this case.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two (2) days' notice to Plaintiff, or on shorter notice as set by this Court.

10. The $10,000 bond posted by Plaintiff shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED.

ENTERED: May 5, 2026

/s/ GRETCHEN S. LUND
Judge
United States District Court

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

SAM AND COLBY ENTERPRISES LLC,

    PLAINTIFF,

V.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

    DEFENDANTS.

CASE NO.:2:26-CV-00091

## SCHEDULE A

| NO. | DEFENDANT NAME/SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 1 | Quanzhou Diaiwai Trading Co., Ltd. | diy558.en.alibaba.com |
| 2 | SUNNY NO.6 Store Store | aliexpress.com/store/1102688430 |
| 3 | Shop1102964250 Store | aliexpress.com/store/1102963259 |
| 4 | 888 Original Design Clothing Store | aliexpress.com/store/1102999082 |
| 5 | Goodvery Store | aliexpress.com/store/1103336060 |
| 6 | Dacaobei Store | aliexpress.com/store/1103435206 |
| 7 | Shop1103519077 Store | aliexpress.com/store/1103517073 |
| 8 | Shop1103574079 Store | aliexpress.com/store/1103574080 |
| 9 | YWHZX Shirt Store | aliexpress.com/store/1103581124 |
| 10 | Meet Lucky Store Store | aliexpress.com/store/1103614198 |
| 11 | Shop1103622505 Store | aliexpress.com/store/1103622506 |
| 12 | CORE Threads Store | aliexpress.com/store/1103670268 |
| 13 | Shop1103706435 Store | aliexpress.com/store/1103708417 |
| 14 | Shop1103717543 Store | aliexpress.com/store/1103712551 |
| 15 | Shop1103707537 Store | aliexpress.com/store/1103718595 |
| 16 | Shop1103751592 Store | aliexpress.com/store/1103753604 |
| 17 | Shop1103809068 Store | aliexpress.com/store/1103801092 |
| 18 | Shop1103801176 Store | aliexpress.com/store/1103801177 |
| 19 | Shop1103809202 Store | aliexpress.com/store/1103806203 |
| 20 | Shop1103813071 Store | aliexpress.com/store/1103812061 |
| 21 | RebbeWebber Merch Store | aliexpress.com/store/1103836522 |
| 22 | Shop1103851690 Store | aliexpress.com/store/1103855604 |
| 23 | Shop1103889626 Store | aliexpress.com/store/1103886671 |

| No. | Defendant Name/Seller Alias | Marketplace URL |
|---|---|---|
| 24 | Shop1103888904 Store | aliexpress.com/store/1103887907 |
| 25 | Man015 Store | aliexpress.com/store/1103889712 |
| 26 | Shop1103915179 Store | aliexpress.com/store/1103915180 |
| 27 | Shop1103924264 Store | aliexpress.com/store/1103918304 |
| 28 | Women Clothing Fashion Store (formerly Ladies West Coast Store) | aliexpress.com/store/1103938260 |
| 29 | Man023 Store | aliexpress.com/store/1103940108 |
| 30 | Boy T-shirt Store | aliexpress.com/store/1103982068 |
| 31 | Fashion Clothing 2 Store | aliexpress.com/store/1103997733 |
| 32 | Fashion Clothing 1 Store | aliexpress.com/store/1104003797 |
| 33 | Shop1104033834 Store | aliexpress.com/store/1104031907 |
| 34 | Shop1104048106 Store | aliexpress.com/store/1104058019 |
| 35 | Shop1104058733 Store | aliexpress.com/store/1104060784 |
| 36 | Shop1104063527 Store | aliexpress.com/store/1104063528 |
| 37 | YOKI 145 Store | aliexpress.com/store/1104099287 |
| 38 | Shop1104163294 Store | aliexpress.com/store/1104161256 |
| 39 | Shop1104276636 Store | aliexpress.com/store/1104273657 |
| 40 | Be In Full Bloom Store | aliexpress.com/store/1104344999 |
| 41 | Shop1104487784 Store | aliexpress.com/store/1104482797 |
| 42 | Shop1104629369 Store | aliexpress.com/store/1104630394 |
| 43 | Molly And Dodo Stores Store | aliexpress.com/store/1104632135 |
| 44 | Shop1104631696 Store | aliexpress.com/store/1104632668 |
| 45 | Yiqing Men Clothing Store | aliexpress.com/store/1104633819 |
| 46 | Shop1104653127 Store | aliexpress.com/store/1104659059 |
| 47 | Beautiful Girl 1 Store | aliexpress.com/store/1104672462 |
| 48 | Shop1104683125 Store | aliexpress.com/store/1104679176 |
| 49 | Shop1104727311 Store | aliexpress.com/store/1104725321 |
| 50 | Trendy Fashion Selection Store Store (formerly Shop1104760243 Store) | aliexpress.com/store/1104758214 |
| 51 | Shop1104812178 Store | aliexpress.com/store/1104797323 |
| 52 | Shop1104819393 Store | aliexpress.com/store/1104825379 |
| 53 | Shop1104853053 Store | aliexpress.com/store/1104851050 |
| 54 | Shop1104906690 Store | aliexpress.com/store/1104912709 |
| 55 | Disney Parent-child Couple Clothing Monopoly Store | aliexpress.com/store/1104913579 |
| 56 | Shop1104928172 Store | aliexpress.com/store/1104931143 |
| 57 | Shop1104964037 Store | aliexpress.com/store/1104965045 |
| 58 | Shop1104974249 Store | aliexpress.com/store/1104974250 |
| 59 | Shop1104976041 Store | aliexpress.com/store/1104976042 |
| 60 | Shop1105018031 Store | aliexpress.com/store/1105003969 |
| 61 | Shop1105005819 Store | aliexpress.com/store/1105008825 |
| 62 | RenYanLing-us | amazon.com/sp?seller=A17EAQ0EBZ2YHR |

| NO. | DEFENDANT NAME/SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 63 | XIANGYUSM | amazon.com/sp?seller=A1D7NQZ133WI88 |
| 64 | HOULIYU221 | amazon.com/sp?seller=A1G1IANIJZU71H |
| 65 | Sunyujinss | amazon.com/sp?seller=A2IJHPDHETRJNR |
| 66 | GUANGDONGLAING ST | amazon.com/sp?seller=A2Y86YHKF7DBQ5 |
| 67 | 3-15 Days Delivery-iPeTata | amazon.com/sp?seller=A2ZSNVW3O2A4CG |
| 68 | lizhuwa Trading Co., Ltd (formerly Chongyang County Weiquan Trading Co., Ltd) | amazon.com/sp?seller=A3BKMT49O6SR9F |
| 69 | haiying114. | amazon.com/sp?seller=A3BVE2X2I0ZTS0 |
| 70 | Đỗ Minh Shop | amazon.com/sp?seller=A3L3I6A30D0LZK |
| 71 | lu11113. | amazon.com/sp?seller=AAV1KUO8LY6N6 |
| 72 | Puhaigangez (formerly Guizhou Pugang Trading Co., Ltd) | amazon.com/sp?seller=AKRJMO5HU5NJL |
| 73 | NANfengTL | amazon.com/sp?seller=AOQHVOP7MCZ5N |
| 74 | roxianxga | amazon.com/sp?seller=AP4FS9IT3BUTL |
| 75 | AGTees | ebay.com/str/agtees |
| 76 | Christian Yu Lover | ebay.com/str/christianyulover |
| 77 | eiru92 | ebay.com/str/eiru92 |
| 78 | thamaradi_16 | ebay.com/usr/hawaiianhaven |
| 79 | msk_clothing | ebay.ca/str/msktradersuk |
| 80 | elwake48 | ebay.com/usr/posterhunterstore |
| 81 | METATUNEW | us.shein.com/store/home?store_code=1372687702 |
| 82 | xzry5675 | us.shein.com/store/home?store_code=1943143913 |
| 83 | ASF NJMLK | us.shein.com/store/home?store_code=2101590117 |
| 84 | COSMOGLYPH | us.shein.com/store/home?store_code=2559636330 |
| 85 | JFERGIEWFWP | us.shein.com/store/home?store_code=2989306510 |
| 86 | ByteBlitz | us.shein.com/store/home?store_code=3740615097 |
| 87 | ngrtry | us.shein.com/store/home?store_code=4297966911 |
| 88 | BTYYTRYG | us.shein.com/store/home?store_code=4623278142 |
| 89 | asd bnjkmk | us.shein.com/store/home?store_code=4723917385 |
| 90 | CUELINE | us.shein.com/store/home?store_code=4820294587 |
| 91 | PALMIOUS TEE | us.shein.com/store/home?store_code=4861466523 |
| 92 | SDFGHCXCS | us.shein.com/store/home?store_code=5140938012 |
| 93 | OIUYG STYLE | us.shein.com/store/home?store_code=5657935414 |
| 94 | chengyibinshop | us.shein.com/store/home?store_code=5738180681 |
| 95 | CHMOWGS | us.shein.com/store/home?store_code=5771661495 |
| 96 | Photon Knit | us.shein.com/store/home?store_code=5864026379 |
| 97 | ADG NJMK | us.shein.com/store/home?store_code=5983177671 |
| 98 | vcbh jnjik | us.shein.com/store/home?store_code=6057313324 |
| 99 | LushClad | us.shein.com/store/home?store_code=6264718366 |
| 100 | etrthqa | us.shein.com/store/home?store_code=6270596508 |
| 101 | DAFZTDHH | us.shein.com/store/home?store_code=6475876211 |

| No. | Defendant Name/Seller Alias | Marketplace URL |
|---|---|---|
| 102 | panchaozhou123 | us.shein.com/store/home?store_code=7091467930 |
| 103 | CCQIQ | us.shein.com/store/home?store_code=7367362657 |
| 104 | ZYSMNL | us.shein.com/store/home?store_code=7754575226 |
| 105 | hdhae | us.shein.com/store/home?store_code=8446644503 |
| 106 | zxchjkgbnb | us.shein.com/store/home?store_code=8491943718 |
| 107 | courtneyball081 | us.shein.com/store/home?store_code=8554534634 |
| 108 | LUNA WINGBIN | us.shein.com/store/home?store_code=8773405493 |
| 109 | SKOOUFGGLLH | us.shein.com/store/home?store_code=9125401628 |
| 110 | Gaofeng shirts | us.shein.com/store/home?store_code=9240022488 |
| 111 | sgbnhjk | us.shein.com/store/home?store_code=9441366968 |
| 112 | CHEN ZHE | us.shein.com/store/home?store_code=9447144922 |
| 113 | UTYHRTEW | us.shein.com/store/home?store_code=9594289036 |
| 114 | Personalized fashionforward custom apparel | temu.com/tt--m-2119463384337.html |
| 115 | CC WOMENS WEAR | temu.com/tt--m-6261010120555.html |
| 116 | Hope Couture | temu.com/tt--m-634418210722023.html |
| 117 | YOU MY LOVE PLUS SIZE | temu.com/tt--m-634418211575509.html |
| 118 | Sweetseven Cia | temu.com/tt--m-634418212542028.html |
| 119 | PUTIAN UP SHOP | temu.com/tt--m-634418215593152.html |
| 120 | Unique Ashley | temu.com/tt--m-634418218009168.html |
| 121 | zhenghongnanzhuang | temu.com/tt--m-634418218305670.html |
| 122 | Newest Blankets | temu.com/tt--m-634418218484959.html |
| 123 | HGYKKHTG | temu.com/tt--m-634418219124556.html |
| 124 | AFCTLEE | temu.com/tt--m-634418220102290.html |
| 125 | Mingxin Cute | temu.com/tt--m-634418220113976.html |
| 126 | Ingenuity E | temu.com/tt--m-634418220224589.html |
| 127 | QD Trendy Fashion | temu.com/tt--m-634418220227057.html |
| 128 | VANSENMORE | temu.com/tt--m-634418220473119.html |
| 129 | UKitty B local | temu.com/tt--m-634418220527600.html |
| 130 | Shoumo SanriooTeeCove | temu.com/tt--m-634418220859932.html |
| 131 | salasala | temu.com/tt--m-634418220956323.html |
| 132 | Woven Reverie Blanket | temu.com/tt--m-634418220969838.html |
| 133 | NOODLE SIRLOIN | temu.com/tt--m-634418220979873.html |
| 134 | BK Hat SHOP | temu.com/tt--m-634418221300224.html |
| 135 | Funky baseball cap | temu.com/tt--m-634418221312890.html |
| 136 | Harmonious Life | temu.com/tt--m-634418221315415.html |
| 137 | Smile hat shop | temu.com/tt--m-634418221337874.html |
| 138 | Nana baseball cap | temu.com/tt--m-634418221700558.html |
| 139 | HH Fantasy RGB Shop | temu.com/tt--m-634418222175313.html |
| 140 | EnchantedPrints N | temu.com/tt--m-634418222377969.html |
| 141 | Clarse | temu.com/tt--m-634418222571110.html |

| No. | Defendant Name/Seller Alias | Marketplace URL |
|---|---|---|
| 142 | ZestZipMarket clothing | temu.com/tt--m-634418222762508.html |
| 143 | PrestigeStitchStudio | temu.com/tt--m-634418222786843.html |
| 144 | PENCA | temu.com/tt--m-634418222796618.html |
| 145 | Trend hat Customized Shopper local | temu.com/tt--m-634418222811232.html |
| 146 | Cross border without borders | temu.com/tt--m-634418222986460.html |
| 147 | ACD ART | temu.com/tt--m-634418223057144.html |
| 148 | xianxuan closets size local | temu.com/tt--m-634418223690388.html |
| 149 | JIAY BJYKYSA local | temu.com/tt--m-634418223715483.html |
| 150 | JIAY NLYALS local | temu.com/tt--m-634418223718425.html |
| 151 | Phantom Tees | temu.com/tt--m-634418223874789.html |
| 152 | Womens Large Tshirt | temu.com/tt--m-634418223965150.html |
| 153 | DONGDFU M M M | temu.com/tt--m-634418224085238.html |
| 154 | zhengjiaan | temu.com/tt--m-634418224236259.html |
| 155 | Flicker Tees | temu.com/tt--m-634418224318230.html |
| 156 | zzpod | temu.com/tt--m-634418224481245.html |
| 157 | CozieChic | temu.com/tt--m-634418224523322.html |
| 158 | FHBT | temu.com/tt--m-634418224806359.html |
| 159 | Yqress | temu.com/tt--m-634418224816670.html |
| 160 | ccab | temu.com/tt--m-634418224860793.html |
| 161 | Crewneck Cult | temu.com/tt--m-634418224973102.html |
| 162 | PulseClothing | temu.com/tt--m-634418225150228.html |
| 163 | TrendThread cw | temu.com/tt--m-634418225227506.html |
| 164 | Dannasi | temu.com/tt--m-634418225311053.html |
| 165 | Fufu baseball cap | temu.com/tt--m-634418225462928.html |
| 166 | Sasa baseball cap | temu.com/tt--m-634418225746452.html |
| 167 | BB Fashionable | temu.com/tt--m-634418225966241.html |
| 168 | Cherrisoul | temu.com/tt--m-634418225988538.html |
| 169 | Dreamsmile | walmart.com/reviews/seller/101333439 |
| 170 | sunlon | walmart.com/reviews/seller/101347528 |
| 171 | Ritench US | walmart.com/reviews/seller/101620243 |
| 172 | Easy Paint | walmart.com/reviews/seller/101637804 |
| 173 | mmpuzzles | walmart.com/reviews/seller/101640452 |
| 174 | Zicheng Clothing | walmart.com/reviews/seller/101661571 |
| 175 | Anime costumes | walmart.com/reviews/seller/101664835 |
| 176 | guangzhouchenzhuoshangmaoyouxiangongsi | walmart.com/reviews/seller/101665054 |
| 177 | pininf | walmart.com/reviews/seller/101680623 |
| 178 | Charlotte Clothing | walmart.com/reviews/seller/102494178 |
| 179 | Fashionable women's clothing | walmart.com/reviews/seller/102503432 |
| 180 | leimicwj | walmart.com/reviews/seller/102512677 |
| 181 | ChenYan Trading Co., Ltd. | walmart.com/reviews/seller/102551714 |

| No. | DEFENDANT NAME/SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 182 | TANG INC | walmart.com/reviews/seller/102635477 |
| 183 | EverydayStyle | walmart.com/reviews/seller/102653395 |
| 184 | Azikbd Anime Clothing | walmart.com/reviews/seller/102721361 |
| 185 | BTing | walmart.com/reviews/seller/102741328 |
| 186 | mengkufushi | walmart.com/reviews/seller/102744506 |
| 187 | Ningyu | walmart.com/reviews/seller/102756530 |
| 188 | JFEHSEF | walmart.com/reviews/seller/102758440 |
| 189 | Haoju trade | walmart.com/reviews/seller/102760203 |
| 190 | USA-BAG | walmart.com/reviews/seller/102788513 |
| 191 | Janine | walmart.com/reviews/seller/102808069 |
| 192 | JIDAT | walmart.com/reviews/seller/102811865 |
| 193 | Sen Ming (formerly Senmingfushiyouxiangongsi) | walmart.com/reviews/seller/102823849 |
| 194 | sujinguo | walmart.com/reviews/seller/102824862 |
| 195 | YouGuanFuShi | walmart.com/reviews/seller/102893020 |
| 196 | YUE-SHOP | walmart.com/reviews/seller/102893532 |
| 197 | ZVividZX | walmart.com/reviews/seller/102894580 |
| 198 | zhentakeji | walmart.com/reviews/seller/102906666 |
| 199 | SiSiTiangy | walmart.com/reviews/seller/102916732 |
| 200 | DressCode You | wish.com/merchant/689e9f7330a0ae3a26d157a9 |
| 201 | ManSpace | wish.com/merchant/68a80d745e8bec324004e4b5 |