**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**EASTERN DIVISION**

| | |
|---|---|
| SAM AND COLBY ENTERPRISES, LLC,<br><br>　　PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>　　DEFENDANTS. | CASE NO.: 2:26-CV-00091-GSL-AZ<br><br>JUDGE GRETCHEN S. LUND<br><br>MAGISTRATE JUDGE ABIZER ZANZI |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this notice of voluntary dismissal with prejudice as to the following Defendants identified on Schedule A to the Complaint:

| NO. | DEFENDANT |
|---|---|
| 73 | NANfengTL |
| 84 | COSMOGLYPH |
| 94 | chengyibinshop |
| 99 | LushClad |
| 110 | Gaofeng shirts |
| 113 | UTYHRTEW |
| 119 | PUTIAN UP SHOP |
| 120 | Unique Ashley |
| 128 | VANSENMORE |
| 130 | Shoumo SanriooTeeCove |
| 164 | Dannasi |
| 183 | EverydayStyle |

Dated:     June 15, 2026     Respectfully submitted,

*/s/ Alison K. Carter*
Alison K. Carter
Ann Marie Sullivan
Gouthami V. Tufts

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
www.scip.law
929-724-7529
a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***